■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY DEJESUS, Also Known as JASON DEJESUS, Appellant. [797 NYS2d 297]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered November 6, 2003, convicting him of criminal possession of stolen property in the third degree, unauthorized use of a motor vehicle in the third degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the challenged identification procedure was merely confirmatory (*see People v Rodriguez*, 79 NY2d 445 [1992]; *People v Wharton*, 74 NY2d 921 [1989]). Thus, the notice and hearing requirements of CPL 710.30 were inapplicable (*see People v Kahley*, 214 AD2d 960 [1995]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Cozier, J.P., Ritter, Santucci and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON HALLEY, Appellant. [797 NYS2d 298]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered February 6, 2004, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.